UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVID LAY,

                  Civil Action No. 24-10795

              Plaintiff,

                  Terrence G. Berg
v.                    United States District Judge

FREDEANE ARTIS, *et al.*,        David R. Grand
                  United States Magistrate Judge

              Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF A PRISONER (ECF No. 38)

*Pro se* plaintiff John David Lay ("Lay"), who currently is an inmate at the Lakeland

Correctional Facility ("LCF"), brings this prisoner civil rights action pursuant to 42 U.S.C.

§ 1983.[1]  (ECF No. 1).  Following early motion practice, Lay has been permitted to proceed

with only (1) his First Amendment retaliation claim against Corrections Officers Kent and

Lowe arising out of the alleged "shakedown" of his cell on August 28, 2023; and (2) his

claim that Warden Artis and ADA Coordinator Gilbert violated his rights under the

Americans with Disabilities Act and the Persons with Disabilities Civil Rights Act in

denying his request for an accommodation to the height of his bunk.  (ECF Nos. 28, 31).

Now before the Court is Defendants' motion for leave to take Lay's deposition.

(ECF No. 38).  This motion is based upon Fed. R. Civ. P. 30(a)(2), which provides, in

relevant part, that in order to take a deposition, "[a] party must obtain leave of court, and

---

[1] An Order of Reference was entered on November 22, 2024, referring all pretrial matters to the undersigned pursuant to 28 U.S.C. § 636(b).  (ECF No. 19).

the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) … if the deponent is confined in prison."   Fed. R. Civ. P. 30(a)(2)(B).   Upon consideration, Defendants' motion is appropriate, as it is consistent with Fed. R. Civ. P. 26(b) ("Discovery Scope and Limits").

Therefore, Defendants' Motion for Leave to Take the Deposition of a Prisoner **(ECF No. 38)** is **GRANTED**.   Defendants may take the deposition of Lay, who currently is incarcerated at LCF, at a date and time to be scheduled with the Michigan Department of Corrections, subject to any reasonable restrictions imposed by the officials at the institution where Lay is confined at the time the deposition is scheduled to be taken.   Such deposition may be taken either in person, by telephone, or by video conferencing, as allowed under Fed. R. Civ. P. 30(b)(4).

**IT IS SO ORDERED.**

Dated: February 12, 2026
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 12, 2026.

s/Julie Owens
JULIE OWENS
Case Manager

2